# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 3/26/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/26/2015 3:15:02 PM

CHRISTOPHER A. PRINE
Clerk

**TO:**     **1ST COURT OF APPEALS**

**From:**     **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**     2010-21712

**VOLUME** _____     **PAGE** _____     **OR**     **IMAGE #** 64463315

**DUE** 4/3/2015          **ATTORNEY** 20981000

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 2/27/2015

**MOTION FOR NEW TRIAL DATE FILED** n/a

**REQUEST TRANSCRIPT DATE FILED** n/a

**NOTICE OF APPEAL DATE FILED** 3/25/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 10

**FILE ORDERED:** YES ☐ NO ☒ **IMAGED FILED:** YES ☒ NO ☐

**CODES FOR NOTICE OF APPEAL:** D, OA

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ_
**MICHELLE LOPEZ, Deputy**

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

CAUSE NO. 2010-21712

| | | |
|---|---|---|
| JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB, | § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| TERRY GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § § § | |
| *Defendants*. | § | 164TH JUDICIAL DISTRICT |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB, the Plaintiffs in the above styled and numbered cause, and file this their Notice of Appeal from the Court's Order granting the plea to the jurisdiction of the Defendants, Terry Grier, Superintendent of the Houston Independent School District, signed on the 27th day of February 2015 (attached as Exhibit 1), as well as any and all rulings or orders adverse to the Plaintiffs.

Date: March 25, 2015.

Respectfully Submitted,

WATTS & COMPANY LAWYERS, LTD.

/s/ *Larry Watts*
Laurence ("Larry") Watts
State Bar No. 20981000
Melissa Azadeh
State Bar No. 24064851
P.O. Box 2214
Missouri City, Texas 77459

Tel: (281) 431-1500
Fax: (877) 797-4055
Email: wattstrial@gmail.com

ATTORNEYS FOR PLAINTIFFS JACKIE ANDERSON,
PATRICK COCKERHAM, DIANN BANKS,
HERBERT LENTON, AND MABLE CALEB

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February 2015, a true, complete, and correct copy of the foregoing was served on all opposing counsel(s) of record via e-service, if available, and/or facsimile transmission, in accordance with the rules.

/s/ *Larry Watts*
Laurence ("Larry") Watts

2

12/19/2014 4:00:43 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 3554011
By: HENDERSON, MARCELLA L

CAUSE NO. 2010-21712

| | | |
|---|---|---|
| JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB | § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| V. | § § | HARRIS COUNTY, TEXAS |
| TERRY GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| *Defendants.* | § § | 164TH JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT TERRY GRIER'S PLEA TO THE JURISDICION

The Court has considered Defendant Terry Grier ("Grier")'s Plea to the Jurisdiction, any responses from Plaintiffs, and any argument of Counsel. The Court finds that all claims in the case at bar are precluded by governmental immunity. Accordingly, it is ORDERED that Defendant Terry Grier's Plea to the Jurisdiction is GRANTED. All claims asserted in the case at bar against Defendant Terry Grier, Superintendent of the Houston Independent School District, are dismissed in their entirety, with prejudice and Plaintiffs Jackie Anderson, Patrick Cockerham, Diann Banks, Herbert Lenton, and Mable Caleb take nothing against Defendant

Entered on this __27__ day of __February__, 20__15__

_____
Presiding Judge

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

JWEB    INT    65.10    CIVIL SYSTEM|NT6510| CASE INTAKE|    MICHELLE ASHLEY    MARCH 26, 2015

(2) CONNECTION(S) FOUND.

| CASE NUM: | **201021712** | PJN: | | TRANS NUM: | | CURRENT COURT: |

| CASE TYPE: | **DECLARATORY JUDGMENT** | | CASE STATUS: | **READY DOCKET** |

| STYLE: | **ANDERSON, JACKIE** | VS | **GRIER, TERRY (HC** |

**\*\*\*\* ACTIVE PARTIES \*\*\*\***

| PJN | PER/CONN NO | COC | BAR | PERSON NAME |
|-----|-------------|-----|-----|-------------|
| ☐ | 00002-0002 | INTERV | | GRIER, TERRY (HOUSTON INDE |
| ☐ | 00011-0001 | INTERV | 20981000 | NASH, GLORIA J |

Submit Query [ 1 ]   Total Pages   **Submit Query**   **Submit Query** [ 1 ▼]   **Submit Query**   Submit

| INACTIVE | ATY INQ | ACT ENTRY | ISS SERV | DOC |

| PTY ADDR |